*State, Respondent, v. Taylor, Petitioner,* No. 74021-6. Petition for review of a decision of the Court of Appeals, No. 49849-5-I, March 24, 2003, 116 Wn. App. 1020. *Denied* December 2, 2003.

*State, Respondent, v. Taylor, Petitioner,* No. 74062-3. Petition for review of a decision of the Court of Appeals, No. 48185-1-I, February 18, 2003, 115 Wn. App. 1038. *Denied* December 2, 2003.

*State, Respondent, v. Teal, Petitioner,* No. 74063-1. Petition for review of a decision of the Court of Appeals, No. 45141-3-I, April 28, 2003, 116 Wn. App. 1048. *Denied* December 2, 2003.

*State, Petitioner, v. Powell, Respondent,* No. 74064-0. Petition for review of a decision of the Court of Appeals, No. 49838-0-I, April 28, 2003, 116 Wn. App. 1049. *Denied* December 2, 2003.

*State, Respondent, v. Gebre, Defendant, Wanzo, Petitioner,* No. 74065-8. Petition for review of a decision of the Court of Appeals, No. 50268-9-I, April 28, 2003, 116 Wn. App. 1050. *Denied* December 2, 2003.

*State, Respondent, v. Williams, Petitioner,* No. 74068-2. Petition for review of a decision of the Court of Appeals, No. 27897-9-II, May 6, 2003, 116 Wn. App. 1062. *Denied* December 2, 2003.

*Parmelee, Petitioner, v. Thompson, et al., Respondents,* No. 74070-4. Petition for review of a decision of the Court of Appeals, No. 49790-1-I, March 24, 2003, 116 Wn. App. 1019. *Denied* December 2, 2003.

*State, Respondent, v. Zurich Specialties London Ltd., et al., Petitioners,* No. 74071-2. Petition for review of a decision of the Court of Appeals, No. 50211-5-I, April 7, 2003, 116 Wn. App. 1033. *Denied* December 2, 2003.